AFFIRM as modified; Opinion issued November 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01404-CR
No. 05-11-01405-CR

**ANDREW WHITAKER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F01-37502-J, F01-37395-J**

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Morris

At trial, Andrew Whitaker, Jr. waived a jury and pleaded guilty to two aggravated assault with a deadly weapon offenses. After finding appellant guilty, the trial court assessed punishment at ten years' imprisonment and a $1,500 fine in each case. In a single issue, appellant contends the trial court's judgments should be modified to reflect there were no plea agreements in these cases. We modify the trial court's judgments and affirm as modified. The background of the case and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

Appellant contends the judgment in each case should be modified to show there was no plea agreement. The State agrees that the judgments should be modified as requested by appellant. The reporter's records show appellant entered guilty pleas to the offenses charged in the indictments without the benefit of a plea agreement. The judgments state appellant was sentenced in each case to "10 years TDC" pursuant to a plea agreement. Thus, the judgments are incorrect. We resolve appellant's sole issue in his favor. We modify the judgments to show the plea bargain terms were "open." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993).

As modified, we affirm the trial court's judgments.


JOSEPH B. MORRIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111404F.U05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANDREW WHITAKER, JR., Appellant

No. 05-11-01404-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas. (Tr.Ct.No.
F01-37502-J).
Opinion delivered by Justice Morris,
Justices Francis and Murphy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered November 8, 2012.

JOSEPH B. MORRIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANDREW WHITAKER, JR., Appellant

No. 05-11-01405-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas. (Tr.Ct.No.
F01-37395-J).
Opinion delivered by Justice Morris,
Justices Francis and Murphy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered November 8, 0212.

JOSEPH B. MORRIS
JUSTICE